A. EUGENE AUSTIN, Respondent, v. WALTER B. CLARKE, Defendant, Impleaded with CHARLES B. MANVILLE, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.; Dowling and Smith, JJ., dissenting.

BROADWAY–94TH STREET REALTY CO., INC., Respondent, v. C. & L. LUNCH Co., INC., Appellant, Impleaded with Others.— Determination affirmed, with costs.  [See 119 Misc. Rep. 486.]  No opinion.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.; Dowling, J., dissenting and voting to reverse the determination and to reinstate the judgment of the Municipal Court.

In the Matter of Judicial Settlement of JOSEPH ISAACS and Others, as Executors, etc., of WILLIAM ISAACS, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ROSCOE C. CLOCK, Respondent, v. ANNA HAMILTON CLOCK, Appellant.— Motion to dismiss appeal granted, unless appellant complies with terms stated in order.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ARECO REALTY CO., INC., Respondent, v. NATIVEL CORPORATION, Defendant, Impleaded with SUPERIOR MORTGAGE CO., INC., and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MILLER BROS. HAT CO., INC., Plaintiff, v. A. D. SMITH SONS COMPANY, Appellant.  SIDNEY S. BOBBE, Respondent.— Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

SAMUEL PHILLIPS, Appellant, v. BERTHA PHILLIPS and Another, Respondents. — Motion to dismiss appeal granted, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

LENA SCARTH, Respondent, v. DETROIT FIDELITY AND SURETY COMPANY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

WOOD DOLSON CO., INC., Appellant, v. THE SAHOFF CORPORATION, Respondent,— Application granted.  Order signed.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ALBERT H. BRONNER, Appellant, v. VAN CORTLANDT VEHICLE CORPORATION, Respondent.— Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ROBERT I. JOHNS, Respondent, v. GOMER H. REES and Another, Appellants.— Application denied, with ten dollars costs, and stay vacated.  Order signed.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

EMILE M. LOVEMAN, Respondent, v. ROAMER SALES CO., INC., Appellant.— Application denied, with ten dollars costs and stay vacated.  Order signed.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ROY C. COOL, Respondent, v. DUESENBERG AUTOMOBILE & MOTORS CO., INC., Appellant.— Application denied, with ten dollars costs, and stay vacated.  Order signed.  Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.